JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH A. DARROW
FRANCESCA GENOVA
KATHRYNE M. GRAY
CHRISTINA GREER
BENTON YORK
*Trial Attorneys*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| O.A., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-02718-RDM |
| Donald J. Trump, President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION FOR A STAY OF BRIEFING AND ADMINSITRATIVE RECORD PRODUCTION DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants hereby move for a stay of all briefing deadlines in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the federal Defendants in this case. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the federal Defendants are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the current briefing deadlines and the date of production of a certified administrative record until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel has authorized counsel for the Government to state that the Plaintiffs in both *O.A.* and *S.M.S.R.* take no position on the request for stay of the deadline for production of the newly certified administrative record, but do not consent otherwise.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the current briefing schedule and the date for production of a newly certified administrative record in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

//

//

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

JOSEPH A. DARROW
FRANCESCA GENOVA
KATHRYNE M. GRAY
CHRISTINA GREER
BENTON YORK
Trial Attorneys

Dated: December 26, 2018                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 26, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

               By: */s/ Erez Reuveni*
                    EREZ REUVENI
                    Assistant Director
                    United States Department of Justice
                    Civil Division