## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.M.S.R., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 1:18-cv-02838-RDM <br> Consolidated with Civil Action No. 18-2718 |

## **MOTION FOR ADMISSION *PRO HAC VICE* OF ADINA APPELBAUM**

Pursuant to Local Civil Rule 83.2(d), Kaitlin Welborn, a member of the bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Adina Appelbaum in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Adina Appelbaum is an attorney with the Capital Area Immigrants' Rights (CAIR) Coalition and maintains her office at 1612 K Street, NW, Suite 204, Washington, DC 20006.

3. As set forth in the attached declaration, Ms. Appelbaum is an inactive member in good standing of the District of Columbia Bar (Bar No. 1026331). Ms. Appelbaum is also an active member in good standing of the Virginia Bar (Bar No. 88974).

4. Ms. Appelbaum has not been disciplined by any bar.

5. Ms. Appelbaum has not applied for *pro hac vice* admission to this Court within the last two years.

6. Ms. Appelbaum is an inactive member of the bar of the District of Columbia (Bar No. 1026331).

7. Ms. Appelbaum is representing Plaintiffs S.M.S.R., R.S.P.S., Z.A.G.G., D.A.L.G., L.C.V.R., C.S.C.C., R.G.G., N.A.G.A., A.J.A.C., on behalf of his minor son, A.J.E.A.M., K.P.P.V., R.D.P.V., Y.A.L.P, and the Capital Area Immigrants' Rights (CAIR) Coalition in this case without compensation from the Plaintiffs.

8. Pursuant to Local Civil Rule 83.2(g), Ms. Appelbaum wishes to be admitted for purposes of this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Adina Appelbaum to appear *pro hac vice* in the above-captioned case.

Date:   January 2, 2019

/s/ *Kaitlin Welborn*
Kaitlin Welborn (DC Bar No. 88187724)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
kaitlin.welborn@hoganlovells.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.M.S.R., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 1:18-cv-02838-RDM<br>Consolidated with Civil Action No. 18-2718 |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Adina Appelbaum it is hereby ORDERED that the Motion is GRANTED.  Adina Appelbaum is admitted *pro hac vice* and may appear on behalf of Plaintiffs in the above-captioned case.

Dated: _____     _____
                                                                                     United States District Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that, on January 2, 2019, this motion and the accompanying declaration were filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Date:   January 2, 2019                    /s/ *Kaitlin Welborn*
                                                     Kaitlin Welborn (DC Bar No. 88187724)
                                                     **HOGAN LOVELLS US LLP**
                                                     555 Thirteenth Street, NW
                                                     Washington, DC 20004
                                                     Telephone: (202) 637-5600
                                                     Facsimile: (202) 637-5910
                                                     kaitlin.welborn@hoganlovells.com

                                                     *Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| S.M.S.R., *et al.*,<br><br>                       Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>                       Defendants. | Civil Action No. 1:18-cv-02838-RDM<br>Consolidated with Civil Action No. 18-2718 |

## DECLARATION OF ADINA APPELBAUM

I, Adina Appelbaum, hereby certify under Local Civil Rule 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am an attorney with the Capital Area Immigrants' Rights (CAIR) Coalition, and I maintain my office at 1612 K Street, NW, Suite 204 Washington, DC 20006. My office telephone number is (202) 899-1412.

2. I am an inactive member in good standing of the District of Columbia Bar (Bar No. 1026331). I am also an active member in good standing of the Virginia Bar (Bar No. 88974).

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I am an inactive member of the bar of the District of Columbia (Bar No. 1026331).

6. I am representing Plaintiffs S.M.S.R., R.S.P.S., Z.A.G.G., D.A.L.G., L.C.V.R., C.S.C.C., R.G.G., N.A.G.A., A.J.A.C., on behalf of his minor son, A.J.E.A.M.,

      K.P.P.V., R.D.P.V., Y.A.L.P, and the Capital Area Immigrants' Rights (CAIR) Coalition in this case without compensation from the Plaintiffs.

7. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Neal K. Katyal, T. Clark Weymouth, Craig A. Hoover, Justin W. Bernick, Zachary W. H. Best, Elizabeth Hagerty, and Kaitlin Welborn of Hogan Lovells LLP, and Manoj Govindaiah of RAICES, who are members of the Bar of the United States District Court for the District of Columbia.

8. Pursuant to Local Civil Rule 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Date: January 2, 2019

                                        Adina Appelbaum