# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| S.M.S.R., *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>Donald J. Trump, *et al.*,<br><br>                Defendants. | Civil Action No. 18-2838-RDM<br><br>[Consolidated with Civil Action No. 18-2718-RDM] |

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The following two Plaintiffs, by and through their attorneys of record, hereby voluntarily dismiss their claims against Defendants in the above-captioned matter, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

1. Z.A.G.G.

2. D.A.L.G.

Dated: January 3, 2019

Respectfully submitted,

**HOGAN LOVELLS US LLP**

/s/ Justin W. Bernick

| | |
|---|---|
| Manoj Govindaiah<br>RAICES, INC.<br>1305 N. Flores Street<br>San Antonio, TX 78212<br>Telephone: (210) 222-0964<br>Facsimile: (210) 212-4856<br>manoj.govindaiah@raicestexas.org<br><br>*Counsel for Plaintiff Refugee and Immigrant Center for Education and Legal Services, Inc.*<br><br>Adina Appelbaum\* (Bar No. 1026331) | Neal K. Katyal (Bar No. 462071)<br>T. Clark Weymouth (Bar No. 391833)<br>Craig A. Hoover (Bar No. 386918)<br>Justin W. Bernick (Bar No. 988245)<br><br>Zachary W. H. Best (Bar No. 1003717)<br>Mitchell P. Reich\*\* (Bar No. 1044671)<br>Elizabeth Hagerty (Bar No. 1022774)<br>Kaitlin Welborn (Bar. No. 88187724)<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600 |

CAPITAL AREA IMMIGRANTS'
RIGHTS COALITION
1612 K Street NW, Suite 204
Washington, DC 20006
Telephone: (202) 899-1412
Facsimile: (202) 331-3341
adina@caircoalition.com

*Certification to practice pursuant to LCvR 83.2(g) submitted*

*Counsel for Plaintiff Capital Area Immigrants' Rights Coalition*

Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
zachary.best@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com

Thomas P. Schmidt**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-5547
Facsimile: (212) 918-3100
thomas.schmidt@hoganlovells.com

*\*\*Admitted pro hac vice*

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 3, 2019, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Columbia using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

Date:   January 3, 2019

/s/ Justin W. Bernick
Justin W. Bernick (Bar No. 988245)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com

*Attorney for Plaintiffs*