Case 1:18-cv-02718-RDM   Document 43   Filed 12/19/18   Page 1 of 1

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

O.A., K.S., A.V., G.Z., D.S., C.A., D.R., P.R., G.R.   )
                                                       )
                                                       )
                                                       )
                        *Plaintiff(s)*                 )
                v.                                     )   Civil Action No. 1:18-cv-2718-RDM
                                                       )
President Donald J. Trump, Acting Attorney General     )
  Matthew G. Whitaker, DHS Secretary Kirstjen M.       )
Nielsen, USCIS Director Lee Francis Cissna, USCIS      )
    Asylum Division Chief John Lafferty                )
                        *Defendant(s)*                 )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jessie K. Liu, United States Attorney for the District of Columbia
501 Third Street N.W.
Attn:  Daniel F. Van Horn, Chief of Civil Division
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas G. Hentoff
Williams & Connolly LLP
725 Twelfth St. NW
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:   12/19/2018                            /s/ T. Davis
                                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:128-cv-2718-RDM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jessie K. Liu, U.S. Attorney for the District of Columbia

was received by me on *(date)* 12/24/2018 .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Reginald Rowan, Legal Assistant, 501 Third Street, N.W., Washington, DC 20530 , who is designated by law to accept service of process on behalf of *(name of organization)*

Jessie K. Liu, U.S. Attorney for the District of Columbia on *(date)* 12/28/2018 3:24 PM ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/28/2018

*Server's signature*

Nina Lew, Process Server
*Printed name and title*

42022

P.O. Box 18647, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:
Reginald Rowan Gender: Female    Race/Skin: African American    Age: 40 yrs. old    Weight: 180 lbs.
Height: 5'8"    Hair: Black    Glasses: Yes    Other:
Documents Served: Summons and Amended Class Action Complaint for Declaratory and Injunctive Relief