IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

O.A., et al.,

    Plaintiffs,

v.

DONALD J. TRUMP, et al.,

    Defendants.

Civil Action No. 1:18-cv-02718-RDM

### CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)

I, Vanessa O. Omoroghomwan, hereby certify under Local Civil Rule 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the Massachusetts Bar. My Massachusetts Bar number is 703780.

2. I am employed by Williams & Connolly LLP.

3. My practice is supervised by D.C. Bar members pursuant to D.C. Court of Appeals Rule 49(c)(8).

4. I am representing Plaintiffs O.A., K.S., A.V., G.Z., D.S., C.A., P.R., D.R., and G.R. in this case without compensation from the Plaintiffs.

5. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Thomas G. Hentoff of Williasms & Connolly LLP, and Ana C. Reyes of Williams & Connolly LLP, who are members of the Bar of the United States District Court for the District of Columbia.



RECEIVED
JAN - 4 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

6. Pursuant to Local Civil Rule 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: December 19, 2018

Respectfully submitted,

/s/ Vanessa Osemwegie
Vanessa O. Omorǿghomwan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorney for Plaintiffs*