IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

O.A., *et al.*,

        *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

        *Defendants*.

Civil Action No. 1:18-cv-02718-RDM

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 83.2(g)

I, Charles George Roth, hereby certify under Local Civil Rule 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the Bar of the New York State Supreme Court, 3d Dept. My bar number is 2839041.

2. I am employed by the National Immigrant Justice Center, a program of the Heartland Alliance for Human Needs and Human Rights.

3. I am representing Plaintiffs O.A., K.S., A.V., G.Z., D.S., C.A., P.R., D.R., and G.R. in this case without compensation from the Plaintiffs.

4. I am not the sole attorney in this matter. I am co-counsel with, among other attorneys, Thomas G. Hentoff of Williams & Connolly LLP, and Ana C. Reyes of Williams & Connolly LLP, who are members of the Bar of the United States District Court for the District of Columbia.



RECEIVED

JAN - 4 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

5. Pursuant to Local Civil Rule 83.2(g), I certify that I have personal familiarity with the Local Rules of this Court and, as appropriate, the other materials set forth in Rules 83.8(b) and 83.9(a).

Dated: 1/3/19

Respectfully submitted,

Charles George Roth
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: (312) 660-1370
Fax: (312) 660-1505

*Attorney for Plaintiffs*

2