# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| O.A., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-cv-02718-RDM |
| | ) | |
| Donald J. Trump, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STATUS REPORT

Pursuant to order of the Court issued January 28, 2019 "that the parties shall meet and confer and submit a joint status report, on or before Friday, February 1, 2019, that includes a proposed briefing schedule taking into account the duration of the lapse in appropriations," the parties submit this status report.

### 1.  Other cases

On January 31, 2019, the government moved the Ninth Circuit to consolidate *East Bay Sanctuary Covenant v. Donald Trump*, No. 18-17274 (9th Cir.), and *East Bay Sanctuary Covenant v. Donald Trump*, No. 18-17436 (9th Cir.), and to take both cases out of abeyance and issue a briefing schedule.  *See* Ex. 1.  The parties in *East Bay* proposed that the government's opening brief be due 28 days from the date the Ninth Circuit issues an order, that plaintiffs' response brief be due 28 days thereafter, and that the government's reply brief be due 21 days after that.  The Ninth Circuit has not yet issued a scheduling order and the preliminary injunction issued by the district court, *see East Bay Sanctuary Covenant v. Trump*, No. 18-CV-06810-JST, 2018 WL 6660080 (N.D. Cal. Dec. 19, 2018), remains in force.

**2. Scheduling**

The parties have met and conferred but do not agree on a schedule for further briefing in this case.

a. <u>Plaintiffs' position</u>

Plaintiffs propose the following schedule:

- Defendants serve a certified administrative record with correct caption on Plaintiffs within 7 days of the date the Court issues its order.

- Defendants' cross-motion and opposition due 14 days from the date the Court issues its order.

- Plaintiffs' opposition and reply due 14 days thereafter.

- Defendants' reply due 7 days thereafter.

This schedule appropriately restores the briefing schedule in effect before the lapse in appropriations, and it affords Defendants the same amount of time to draft their opening summary-judgment brief as Plaintiffs received in drafting their opening briefs (indeed, it affords more time, because the Court's stay was entered three days after Defendants' original 14-day briefing period began). Furthermore, this schedule complies with this Court's order to propose "a briefing schedule taking into account the duration of the lapse in appropriations." The lapse in appropriations has already substantially delayed the progress of this case, and affording Defendants more than 14 days to draft its brief would risk further delays if appropriations once again lapse on February 15. Given that the case was almost fully briefed on the merits at the preliminary-injunction stage, and that the Court has permitted the parties to incorporate by reference their summary judgment papers, Defendants' proposal that the Court extend the briefing

schedule substantially beyond the period contemplated by the Court's prior briefing order is both unnecessary and unwarranted.

> b.  Defendants' position

Defendants propose the following schedule:

- Defendants serve a certified administrative record with correct caption on Plaintiffs within 14 days of the date the Court issues its order.

- Defendants' cross-motion and opposition due 28 days from the date the Court issues its order.

- Plaintiffs' opposition and reply due 28 days thereafter.

- Defendants' reply due 14 days thereafter.

Defendants believe this schedule is appropriate because the *East Bay* injunction remains in place and there is no realistic possibility that it will be reversed or revised by the Ninth Circuit or the Supreme Court before the completion of briefing under Defendants' schedule. Plaintiffs and their putative class thus cannot claim any exigency that would warrant a more expedited schedule. Defendants also note that, consistent with the January 7, 2019 proceedings before this Court, counsel for Defendants have not worked on their response briefs in this case (and have, even since the lapse in appropriations ended, continued to await further order of this Court before working on those briefs).  *See* ECF No. 61.

//

//

//

//

//

Dated: February 1, 2019

Respectfully submitted,

/s/Thomas G. Hentoff
Thomas G. Hentoff (D.C. Bar No. 438394)
Ana C. Reyes (D.C. Bar No. 477354)
Ellen E. Oberwetter (D.C. Bar No. 480431)
Mary Beth Hickcox-Howard (D.C. Bar No. 1001313)
Charles L. McCloud[1]
Matthew D. Heins[*]
Vanessa O. Omoroghomwan[*]
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

Hardy Vieux (D.C. Bar No. 474762)
HUMAN RIGHTS FIRST
805 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 547-5692
Fax: (202) 553-5999

Eleni Rebecca Bakst[*]
Anwen Hughes[*]
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, New York 10004
Tel: (212) 845-5200
Fax: (212) 845-5299

Charles George Roth[*]
Keren Hart Zwick (D.D.C. Bar No. IL0055)
Gianna Borroto[*]
Ruben Loyo[*]
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: (312) 660-1370
Fax: (312) 660-1505

*Attorneys for O.A. Plaintiffs*

---

[1] Pursuant to LCvR 83.2(g).

Manoj Govindaiah
RAICES, Inc.
1305 N. Flores Street
San Antonio, TX 78212
Telephone: (210) 222-0964
Facsimile: (210) 212-4856
manoj.govindaiah@raicestexas.org

*Counsel for Plaintiff Refugee*
*and Immigrant Center for*
*Education and Legal Services, Inc.*

/s/ Justin W. Bernick
Neal K. Katyal (Bar No. 462071)
T. Clark Weymouth (Bar No. 391833)
Craig A. Hoover (Bar No. 386918)
Justin W. Bernick (Bar No. 988245)
Zachary W. H. Best (Bar No. 1003717)
Mitchell P. Reich* (Bar No. 1044671)
Elizabeth Hagerty (Bar No. 1022774)
Kaitlin Welborn (Bar No. 88187724)
555 Thirteenth Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com
t.weymouth@hoganlovells.com
craig.hoover@hoganlovells.com
justin.bernick@hoganlovells.com
zachary.best@hoganlovells.com
mitchell.reich@hoganlovells.com
elizabeth.hagerty@hoganlovells.com
kaitlin.welborn@hoganlovells.com

Thomas P. Schmidt*
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-5547
Facsimile: (212) 918-3000
thomas.schmidt@hoganlovells.com

* *Admitted pro hac vice*
** *Pro hac vice forthcoming*

*Counsel for S.M.S.R. Plaintiffs*

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

*For Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.


By: */s/ Erez Reuveni*
     EREZ REUVENI
     Assistant Director
     United States Department of Justice
     Civil Division