JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
JOSEPH A. DARROW
FRANCESCA GENOVA
KATHRYNE M. GRAY
CHRISTINA GREER
BENTON YORK
*Trial Attorneys*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.A., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:18-cv-02718-RDM |
| ) | |
| Donald J. Trump, President of the United ) | |
| States, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE

Defendants hereby notify the Court concerning scheduling in *East Bay Sanctuary Covenant v. Donald Trump*, No. 18-17274 (9th Cir.), and *East Bay Sanctuary Covenant v. Donald Trump*, No. 18-17436 (9th Cir.). On February 1, 2019, the Ninth Circuit granted the Government's motion to consolidate the cases, issue a briefing schedule, and lift the abeyance in both cases. *See* Ex. A. Under that order, the following schedule is in place for the consolidated appeals:

- The government's opening brief is due March 1, 2019.
- The answering brief is due March 29, 2019.
- Any reply brief is due within 21 days after service of the consolidated answering brief.

The Court previously directed the government to notify the Court of developments related to the partial government shutdown and to scheduling in these cases. Because the partial government shutdown has ended, Defendants have informed this Court of the Ninth Circuit's lifting of its abeyance, the Court has issued a briefing schedule, and Defendants understand that notification obligation to have been fulfilled absent further order of this Court.

//
//
//
//
//
//
//
//
//
//
//
//
//

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

        SCOTT G. STEWART
        Deputy Assistant Attorney General

        AUGUST E. FLENTJE
        Special Counsel

        WILLIAM C. PEACHEY
        Director

By: /s/ *Erez Reuveni*
        EREZ REUVENI
        Assistant Director
        Office of Immigration Litigation
        U.S. Department of Justice, Civil Division
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 307-4293
        Email: Erez.R.Reuveni@usdoj.gov

        JOSEPH A. DARROW
        FRANCESCA GENOVA
        KATHRYNE M. GRAY
        CHRISTINA GREER
        BENTON YORK
        Trial Attorneys

Dated: February 4, 2019        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

2

I hereby certify that on December 7, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ Erez Reuveni*
          EREZ REUVENI
          Assistant Director
          United States Department of Justice
          Civil Division

Case: 18-17274, 02/01/2019, ID: 11175168, DktEntry: 20, Page 1 of 2

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

FEB 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| EAST BAY SANCTUARY COVENANT; et al., | No. 18-17274 |
| --- | --- |
| Plaintiffs-Appellees, | 18-17436 |
| v. | D.C. No. 3:18-cv-06810-JST<br>Northern District of California,<br>San Francisco |
| DONALD J. TRUMP, President of the United States; et al., | ORDER |
| Defendants-Appellants. | |

The January 31, 2019 motion to consolidate and issue a briefing schedule (Docket Entry. No. 17 in 18-17274) is granted. The abeyance in these appeals is lifted.

Appeal Nos. 18-17274 and 18-17436 are consolidated.

The consolidated opening brief is due March 1, 2019. The consolidated answering brief is due March 29, 2019. The optional consolidated reply brief is due within 21 days after service of the consolidated answering brief.

No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(3). Any request for an extension of time to file a brief must be made by written motion under Ninth Circuit Rule 31-2.2(b).

AC/MOATT

Upon the completion of briefing, the Clerk shall place these appeals on the next available calendar.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Alex Christopher
Deputy Clerk
Ninth Circuit Rule 27-7