# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| S.M.S.R., *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1:18-cv-02838<br><br>[Consolidated with Civil Action Action No. 18-2718-RDM] |

## NOTICE OF CHANGE OF ADDRESS

On December 7, 2018, I, Elizabeth M. Hagerty, counsel for Plaintiffs in the above-captioned case, moved for the admission *pro hac vice* of Thomas P. Schmidt. (ECF 20). On April 29, 2019, the New York office of Hogan Lovells US LLP moved. Accordingly, Mr. Schmidt now has a new mailing address:

　　Thomas P. Schmidt
　　Hogan Lovells US LLP
　　390 Madison Ave.
　　New York, NY 10017

Mr. Schmidt's telephone number, fax number, and e-mail address remain the same as before.

Dated:  April 29, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth M. Hagerty
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth M. Hagerty (Bar No. 1022774)
　　　　　　　　　　　　　　　　　　　　　　　Hogan Lovells US LLP
　　　　　　　　　　　　　　　　　　　　　　　555 Thirteenth Street NW
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 202-637-5600
　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-637-5910
　　　　　　　　　　　　　　　　　　　　　　　Email: elizabeth.hagerty@hoganlovells.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 29, 2019, this Notice of Change of Address was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Date:   April 29, 2019 | /s/ Elizabeth M. Hagerty<br>Elizabeth M. Hagerty (Bar No. 1022774)<br>Hogan Lovells US LLP<br>555 Thirteenth Street NW<br>Washington, DC 20004<br>Telephone: 202-637-5600<br>Fax: 202-637-5910<br>Email: elizabeth.hagerty@hoganlovells.com<br><br>*Counsel for Plaintiffs* |