AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| O.A., et al. *Plaintiff* v. Trump, et al. *Defendant* | ) ) ) ) ) ) Case No. 1:18-cv-02718-RDM |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs A.V., C.A., D.S., G.Z., K.S., O.A., on behalf of themselves and all others similarly situated.

Date: 06/13/2019

*Attorney's signature*

Patricia Stottlemyer (D.C. Bar No. 888252536)
*Printed name and bar number*
Human Rights First
805 15th Street NW, Suite 900
Washington, D.C. 20005

*Address*

stottlemyerp@humanrightsfirst.org
*E-mail address*

(202) 370-3317
*Telephone number*

(202) 543-5999
*FAX number*