# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.A., *et al.*, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:18-cv-02718-RDM |

## O.A. PLAINTIFFS' STATEMENT ON RELATED CASES

The O.A. Plaintiffs make this submission following on the Court's July 17, 2019 minute entry directing that Plaintiffs in *Capital Area Immigrants' Rights Coalition, et al. v. Trump, et al.*, No. 19-cv-2117 (the "CAIR Coalition Case") submit a statement on whether that case is related to these consolidated cases.  The O.A. Plaintiffs agree that the CAIR Coalition Case should be treated as related to this one pursuant to Local Rule 40.5(a)(3) and agree with the general reasons set forth in the brief filed by the CAIR Coalition Plaintiffs.

Dated:  July 17, 2019      Respectfully submitted,

                /s/ Ellen E. Oberwetter
                Thomas G. Hentoff (D.C. Bar No. 438394)
                Ana C. Reyes (D.C. Bar No. 477354)
                Ellen E. Oberwetter (D.C. Bar No. 480431)
                Mary Beth Hickcox-Howard (D.C. Bar No. 1001313)
                Charles L. McCloud*
                Matthew D. Heins (D.C. Bar No. 241063)
                Vanessa O. Omoroghomwan*
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, D.C. 20005
                Tel: (202) 434-5000
                Fax: (202) 434-5029

---

* Pursuant to LCvR 83.2(g).

Hardy Vieux (D.C. Bar No. 474762)
Patricia Stottlemyer (D.C. Bar No. 888252536)
HUMAN RIGHTS FIRST
805 15th Street, N.W., Suite 900
Washington, D.C. 20005
Tel: (202) 547-5692
Fax: (202) 553-5999

Eleni Rebecca Bakst[*]
Anwen Hughes[*]
HUMAN RIGHTS FIRST
75 Broad Street, 31st Floor
New York, New York 10004
Tel: (212) 845-5200
Fax: (212) 845-5299

Charles George Roth[*]
Keren Hart Zwick (D.D.C. Bar No. IL0055)
Gianna Borroto[*]
Ruben Loyo[*]
NATIONAL IMMIGRANT JUSTICE CENTER
208 S. LaSalle Street, Suite 1300
Chicago, Illinois 60604
Tel: (312) 660-1370
Fax: (312) 660-1505

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia using the CM/ECF system.  Counsel in this case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

/s/ Ellen E. Oberwetter
Ellen E. Oberwetter (D.C. Bar No. 480431)