**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| O.A., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Civil Action No. 18-2718 (RDM) |
| S.M.S.R. *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants.* | Civil Action No. 18-2838 (RDM) |

**ORDER**

For the reasons stated in the Court's Memorandum Opinion contemporaneously issued, it is hereby **ORDERED** that (1) a class consisting of "[a]ll noncitizen asylum-seekers who have entered or will enter the United States through the southern border but outside ports of entry after November 9, 2018," is certified pursuant to Fed. R. Civ. P. 23(b)(2); (2) named Plaintiffs O.A., A.V., K.S., G.Z., C.A., D.S. S.M.S.R., R.S.P.S., L.C.V.R., C.S.C.C., R.G.G., D.A.G.A., A.J.A.C. (on behalf of his minor son, A.J.E.A.M.), K.P.P.V., R.D.P.V., and Y.A.L.P. are designated as class representatives; and (3) counsel for Plaintiffs in the consolidated cases *O.A. v. Trump* and *S.M.S.R. v. Trump* are designated as co-counsel for the class.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: August 2, 2019