## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.A., *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　*Defendants.* | Civil Action No. 18-2718 (RDM) |
| S.M.S.R. *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>　　　　*Defendants.* | Civil Action No. 18-2838 (RDM) |

### ORDER

For the reasons stated in the Court's Memorandum Opinion, Dkt. 92, it is hereby

**ORDERED** that Plaintiffs' motions for summary judgment and class certification, Dkt. 51; Dkt. 52, are **GRANTED** in part and **DENIED** in part; it is further

**ORDERED** that Defendants' cross-motion for summary judgment, Dkt. 66, is **DENIED**; and it is further

**ORDERED** that Plaintiffs' earlier-filed motions for temporary and preliminary injunctive relief, Dkt. 6; Mot. for Temp. Restraining Order, Dkt. 6, *S.M.S.R. et al. v. Trump et al.* (No. 18-2838), are **DENIED** as moot.

This Order constitutes the final judgment of the Court within the meaning of Rule 58(a) of the Federal Rules of Civil Procedure.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  August 2, 2019