**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| S.M.S.R., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-2838-RDM |
| | ) | |
| DONALD J. TRUMP, *et al.*, | ) | Consolidated with Civil Action |
| | ) | No. 18-2718-RDM |
| Defendants. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the undersigned, Elizabeth Hagerty, hereby withdraws her appearance as co-counsel for Plaintiffs Capital Area Immigrants' Rights Coalition ("CAIR Coalition"), Refugee and Immigrant Center for Education and Legal Services, Inc. ("RAICES"), S.M.S.R., R.S.P.S, L.V.C.R., C.S.C.C., R.G.G., N.A.G.A., A.J.A.C., on behalf of his minor son A.J.E.A.M., K.P.P.V., R.D.P.V., Y.A.L.P., and all other class members in the above-referenced case. No substitution of counsel is necessary, as Neal Katyal, Craig Hoover, Justin Bernick, T. Clark Weymouth, Mitchell Reich, Zachary Best, Kaitlin Welborn, and Thomas Schmidt (*pro hac vice*) of Hogan Lovells, Manoj Govindaiah of RAICES, and Adina Appelbaum of CAIR Coalition (*pro hac vice*) will continue to represent Plaintiffs in this matter.

Dated: January 2, 2020

Respectfully submitted,

/s/ Elizabeth Hagerty
Elizabeth Hagerty (DC Bar No. 1022774)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel. (202) 637-3231
Fax (202) 637-5910
elizabeth.hagerty@hoganlovells.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

/s/ Elizabeth Hagerty
Elizabeth Hagerty (DC Bar No. 1022774)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel. (202) 637-3231
Fax (202) 637-5910
elizabeth.hagerty@hoganlovells.com