# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.A., *et al.*, on behalf of themselves and all others similarly situated<br><br>    *Plaintiffs*,<br> v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:18-cv-2718-RDM<br><br>[Consolidated with Civil Action No. 18-cv-2838-RDM] |

## MOTION TO WITHDRAW MARY BETH HICKCOX-HOWARD AS COUNSEL

Pursuant to Civil Local Rule 83.6(c), Mary Beth Hickcox-Howard hereby moves to withdraw her appearance as co-counsel for O.A., K.S., A.V., G.Z., D.S., C.A., D.R., P.R., G.R., and all other class members in the above-referenced case.

**WHEREFORE**, Ms. Hickcox-Howard respectfully moves the Court to enter an order granting her withdrawal as co-counsel.

Dated: September 10, 2020    Respectfully submitted,

    /s/ Mary Beth Hickcox-Howard
    Mary Beth Hickcox-Howard (D.C. Bar No. 1001313)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Tel: (202) 434-5000
    Fax: (202) 434-5029
    mhickcox-howard@wc.com